**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : 1:04-CR-33 (WLS) |
| KENT EDWARD JORDAN, | : |
| Defendant. | : |

**ORDER**

Presently pending before the Court is Defendant's motion to for an extension of time to file "... notice of appeal follow-up." (Tab 42).  The Defendant actually filed his notice of appeal on August 22, 2005.  (Tab 35).  Normally the filing of a notice of appeal on a final order, extinguishes the jurisdiction the lower court had over the case.  In this case, the notice of appeal transferred jurisdiction to the United States Court of Appeals for the Eleventh Circuit.  As such, this Court does not have jurisdiction to grant any extensions of time to file further pleadings.  Further, the Court notes that there is no such thing as a pleading called a "notice of appeal follow-up."  There may be administrative documents that need to be filed to proceed with the appeal, but the control of those deadlines rests with the Court of Appeals.  Therefore, to the extent that the Court has any remaining jurisdiction over this case, Defendant's motion (Tab 42) is **DENIED.**

**SO ORDERED**, this  16th  day of September, 2005.

/s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**