**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY  DIVISION**

| | | |
|---|---|---|
| KENT EDWARD JORDAN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | 1:07-CV-45 (WLS) |
| | : | 1:04-CR-33 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| | : | 28 U.S.C. § 2255 |
| Respondent. | : | |
| _____ | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 61),  filed May 31, 2007.  It is recommended that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied.  Petitioner has filed an objection to the Report and Recommendation.  (Doc. No. 62).

As an objection, Petitioner has filed a document entitled "Defendant's Affidavit In Support Of Objection To Magistrate's Report and Recommendation." (Doc. No. 62).   In his objection to the recommendation, Petitioner continues to make legally unsupported arguments that the United States was without authority to charge him with his underlying crime and that the Court lacked subject matter jurisdiction over the alleged crime for which he was charged.  All of these issue were correctly addressed by the Magistrate Judge.  Accordingly, Petitioner's objection is **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 57)  is **DENIED**.

SO ORDERED,  this   12th   day of October, 2007.


        /s/W. Louis Sands
        **W. Louis Sands, Judge**
        **United States District Court**